**PETER R. MERSEREAU, OSB No. 73202**
pmersereau@mershanlaw.com
**KAREN M. VICKERS,** OSB No. 913810
kvickers@mershanlaw.com
MERSEREAU SHANNON LLP
One SW Columbia Street, Suite 1600
Portland, Oregon 97258-2089
Telephone: 503.226.6400
Facsimile: 503.226.0383

      Of Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| GRACIA H. MERRILL,<br><br>                    Plaintiff,<br><br>      v.<br><br>M.I.T.C.H. CHARTER SCHOOL TIGARD and<br>DEBI LORENCE,<br><br>                    Defendants. | Case No. 3:10-cv-00219-HA<br><br><br>         DECLARATION OF<br>         KAREN M. VICKERS |

I, Karen M. Vickers, declare:

1.       I am one of the attorneys for defendant MITCH Charter School.  I make this Declaration based on personal knowledge and am competent to testify as to the matters stated herein.

2.       Defendant's response to plaintiff's motion for attorney fees is currently due on June 11, 2012. Given other matters that also require my attention, I will not be able to complete defendant's response to plaintiff's motion until June 27, 2012.  Plaintiff's counsel advises that she has no objection to this requested extension.

PAGE 1 -     UNOPPOSED MOTION TO EXTEND RESPONSE DEADLINE

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED: May 29, 2012.

_____*/s/ Karen M. Vickers*_____

**KAREN M. VICKERS,** OSB No. 913810
kvickers@mershanlaw.com
503.226.6400
Of Attorneys for Defendants

PAGE 2 -          UNOPPOSED MOTION TO EXTEND RESPONSE DEADLINE

MERSEREAU SHANNON LLP
ONE SW COLUMBIA STREET, SUITE 1600
PORTLAND, OREGON 97258-2014
(503) 226-6400