## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON
## FTR GOLD RECORDING OR TRANSCRIPT DESIGNATION
## AND ORDERING FORM

| **1. District Court Case No.:** 3:10-CV-00219-HA | **2. Short Case Title:** Merrill v. M.I.T.C.H. |
|---|---|
| **3. Court of Appeals Case No.:** 12-35421 | **4.** ☐ **I do not intend to designate any portion of the transcript and will notify all counsel of this intention.** |

| **5. NAME** (Party Ordering Recording/Transcript) Thomas W. McPherson, OSB No. 750010 Mersereau Shannon, LLP | **6. PHONE NUMBER** 503-226-6400 xt 202 | **7. DATE** June 22, 2012 | |
|---|---|---|---|
| **8. MAILING ADDRESS** One SW Columbia St, Suite 1600 | **9. CITY** Portland | **10. STATE** OR | **11. ZIP** 97258 |

**12. ORDER FOR:**     ☐ PLAINTIFF NAME:_____     ☒ DEFENDANT NAME:___M.I.T.C.H._____

☐ APPEAL          ☐ CRIMINAL          ☐ CRIMINAL JUSTICE ACT (CJA-24 VOUCHER ATTACHED)

☐ NON-APPEAL      ☐ CIVIL             ☐ IN FORMA PAUPERIS (CJA-24 VOUCHER ATTACHED)

**☐ 13. RECORDING REQUESTED: Specify portion(s) and date(s) of proceedings(s).**
**Note:  PAYMENT:  Financial arrangements must be made with the Clerk's Office before recording is prepared. Copy cost: $26 for each proceeding.  If payment is authorized under CJA, attach CJA-24 form.**

| PROCEEDING(S) | DATE(S) | JUDGE |
|---|---|---|
| | | |

**☒ 14. TRANSCRIPT REQUESTED:  Specify portion(s) and date(s) of proceedings(s).  Financial arrangements must be made before transcript is prepared.  Transcriber will contact party.  If payment is authorized under CJA, attach CJA-24 form.**

| PROCEEDING(S) | DATE(S) | JUDGE |
|---|---|---|
| Trial testimony of G. Merrill, D. Lorence, S. Hildreth, S. Maclean, M. Quigley, J. Brunson, colloquy on motions of defendant's after pliantiff's case and after all the evidence. | 1/10/12 to 1/13/12 | Haggerty |

| TRANSCRIPT CATEGORY | ORIGINAL | FIRST COPY (to each party) | ADD'L COPIES (to same party) | FORMAT REQUESTED (Each format is billed as a separate transcript copy.) | | |
|---|---|---|---|---|---|---|
| | | | | **PAPER** | **ELECTRONIC** | **SPECIFY** |
| **ORDINARY:** To be delivered within 30 days after receipt of this order. | $3.65 per page | $.90 per page | $.60 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☒ E-mail | ☐ ASCII ☒ E-Transcript ☐ Other |
| **EXPEDITED**: To be delivered within 7 days after receipt of this order. | $4.85 per page | $.90 per page | $.60 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☐ E-Transcript ☐ Other |
| **DAILY:** Delivered following adjournment and prior to the normal opening hour of court on the following morning, whether or not it actually is a court day. | $6.05 per page | $1.20 per page | $.90 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☐ E-Transcript ☐ Other |
| **14-day Transcript**: To be delivered within 14 days after receipt of this order. | $4.25 per page | $.90 per page | $.60 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☐ E-Transcript ☐ PDF ☐ Other |
| **HOURLY**: to be delivered within 2 hours of proceeding. | $7.25 per page | $1.20 per page | $.90 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☐ E-Transcript ☐ Other |

**15.  DISTRIBUTION: Mail, email, or fax a copy of these forms to the Clerk's Office and to all parties.**

Revised 02/19/2010