**Dana L. Sullivan, OSB No. 94483**
Email: dana@baaslaw.com
**Courtney Angeli, OSB No. 941765**
Email: courtney@baaslaw.com
BUCHANAN ANGELI ALTSCHUL
& SULLIVAN LLP
321 SW Fourth Avenue, Suite 600
Portland, OR 97204
Telephone: (503) 974-5015
Facsimile: (971) 230-0337

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| GRACIA H. MERRILL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MITCH CHARTER SCHOOL TIGARD,<br><br>　　　　Defendant. | Case No. 3:10-cv-00219-HA<br><br>**DECLARATION OF DANA L. SULLIVAN IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL MOTION FOR ATTORNEYS' FEES** |

I, Dana L. Sullivan, declare under penalty of perjury as follows:

1. I am a partner in the firm of Buchanan Angeli, Altschul & Sullivan LLP and have principal responsibility for representation of plaintiff, Gracia H. Merrill, in the above-referenced matter. I base this declaration on my own personal knowledge, and if called, could competently testify thereto. I am over the age of 21 years and I have personal knowledge of the matters stated herein. This declaration is submitted in support of Plaintiff's Supplemental Motion for Attorneys' Fees.

PAGE 1 -   **DECLARATION OF DANA L. SULLIVAN IN SUPPORT OF
　　　　　　PLAINTIFF'S SUPPLEMENTAL OF MOTION FOR ATTORNEYS' FEES**

2. Attached hereto as Exhibit A is a true and correct copy of contemporaneous billing records from Buchanan Angeli Altschul & Sullivan LLP, reflecting work during the month of July 2012 performed in this matter. All work performed on and after July 9, 2012 was work related to the preparation of submissions concerning plaintiff's motion for attorneys' fees. The total amount of fees related to the preparation of plaintiff's reply and related filings is $2,677.50.

I declare under penalty of perjury that the foregoing statement is true and accurate to the best of my recollection.

DATED: July 13, 2012

_____
Dana L. Sullivan

PAGE 2 -  **DECLARATION OF DANA L. SULLIVAN IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL OF MOTION FOR ATTORNEYS' FEES**

## CERTIFICATE OF SERVICE

       I hereby certify that on the 13th day of July, 2012, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Karen Vickers
Mersereau Shannon, LLP
One SW Columbia Street
Suite 1600
Portland, OR 97258-2089
kvickers@mershanlaw.com

Attorneys for Defendant

DATED: July 13, 2012

BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP

_____
Dana L. Sullivan, OSB No. 94483
Telephone: (503) 974-5023

Attorneys for Plaintiffs

PAGE 1 -    **CERTIFICATE OF SERVICE**