

**Buchanan Angell Altschul & Sullivan LLP**

321 SW 4th Avenue, Suite 600
Portland, OR 97204
503-974-5015 (ph) 971-230-0337 (fax)

www.baasemploymentlaw.com

Gracia Merrill
gracia.merrill@gmail.com
11858 Lesser Road
Portland, OR 97219

Date: 7/13/2012

Regarding: Merrill, Gracia v. MITCH Tigard Charter School
Invoice No: 010543

### Staff Summary

| Name | Position | Hours | Fees |
|---|---|---|---|
| Courtney Angeli | Partner | 0.70 | $262.50 |
| Dana L Sullivan | Partner | 6.60 | $2,475.00 |
| Traci Reid | | 1.50 | $240.00 |

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 7/02/2012 | CA | Review and analyze costs awarded and communications with D. Sullivan re same | 0.30 | $375.00 | $112.50 |
| 7/02/2012 | DLS | Review court order re costs (.1); email to client re same (.1); compare order to costs claimed (.1); interoffice with attorney Angeli re same (.1) | 0.40 | $375.00 | $150.00 |
| 7/03/2012 | DLS | Emails to client | 0.10 | $375.00 | $37.50 |
| 7/09/2012 | DLS | Review defendant's opposition to attorney fee motion; review cases cited by defendant; draft response | 1.20 | $375.00 | $450.00 |
| 7/11/2012 | DLS | Draft reply in support of fee motion | 3.50 | $375.00 | $1,312.50 |
| 7/12/2012 | DLS | Review and revise reply in support of fee motion (.8); review and revise supplemental motion for attorney's fees and related billing records (.2) | 1.00 | $375.00 | $375.00 |
| 7/13/2012 | CA | Revise reply brief | 0.40 | $375.00 | $150.00 |
| 7/13/2012 | DLS | Revise and finalize all pleadings filed in support of plaintiff's motion for fees | 0.40 | $375.00 | $150.00 |
| 7/13/2012 | TR | Edits made to Reply, prepared Declaration to Reply, drafted Supplemental Motion for Fees, and drafted Declaration to Supplemental Motion for Fees. | 1.00 | $160.00 | $160.00 |
| 7/13/2012 | TR | Revised reply, finalized documents for filing | 0.50 | $160.00 | $80.00 |
| | | | | Total Fees | $2,977.50 |

**EXHIBIT A**

Re:  Merrill, Gracia v. MITCH Tigard Charter School
Invoice No:  010543

**Buchanan Angeli Altschul & Sullivan LLP**

Page No.    2

| | |
|---|---|
| Total New Charges | $2,977.50 |

Please make all checks payable to Buchanan Angeli Altschul & Sullivan LLP (EIN 26-2173291).

**EXHIBIT A**