**Dana L. Sullivan, OSB No. 94483**
Email: dana@baaslaw.com
**Courtney Angeli, OSB No. 941765**
Email: courtney@baaslaw.com
BUCHANAN ANGELI ALTSCHUL
& SULLIVAN LLP
321 SW 4th Ave.
Portland OR 97204
Telephone: (503) 974-5015
Facsimile: (971) 230-0337

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| GRACIA H. MERRILL,<br><br>Plaintiff,<br><br>v.<br><br>M.I.T.C.H. CHARTER SCHOOL TIGARD and DEBI LORENCE,<br><br>Defendants. | Case No. 3:10-cv-00219-HA<br><br>**SATISFACTION OF JUDGMENT** |

WHEREAS, a judgment was entered in the above entitled action on the 25th day of April, 2012, in favor of plaintiff, Gracia H. Merrill, and against defendant, M.I.T.C.H. Charter School Tigard, in the amount of $60,010.78 plus post-judgment interest thereon at the rate specified in such judgment, and such judgment having been fully paid, and the undersigned attorney for plaintiff hereby certifying that there are no outstanding executions of such judgment with any Sheriff or Marshall,

PAGE 1 -   SATISFACTION OF JUDGMENT

THEREFORE, full and complete satisfaction of the said judgment is hereby acknowledged, and the Clerk of this Court is hereby authorized and directed to make an entry of the full and complete satisfaction of the said judgment on the docket of this Court.

DATED: August 27, 2012.

BUCHANAN ANGELI ALTSCHUL
& SULLIVAN LLP

By: _____
COURTNEY ANGELI
Of Attorneys for Plaintiff, Gracia H. Merrill

## ACKNOWLEDGEMENT BY NOTARY PUBLIC

STATE OF OREGON              )
                             ) ss.:
COUNTY OF MULTNOMAH          )

On the 27th day of August, 2012, before me personally appeared Courtney Angeli, known to me to be a member of the law firm of Buchanan Angeli Altschul & Sullivan LLP, attorneys for plaintiff Gracia H. Merrill in the above-entitled action and the person described in and who executed the within Satisfaction of Judgment, and she did then and there acknowledge to me that she had executed the within Satisfaction of Judgment.

_____
Notary Public for the State of Oregon
My Commission Expires: Feb. 23, 2016

OFFICIAL SEAL
HEATHER SALAZAR MAGGA
NOTARY PUBLIC-OREGON
COMMISSION NO. 466134
MY COMMISSION EXPIRES FEBRUARY 23, 2016

PAGE 2 -    SATISFACTION OF JUDGMENT