FILED

AUG 30 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GRACIA H. MERRILL,<br><br>   Plaintiff - Appellee,<br><br> v.<br><br>M.I.T.C.H. CHARTER SCHOOL TIGARD,<br><br>   Defendant - Appellant,<br><br> and<br><br>DEBI LORENCE,<br><br>   Defendant. | No. 12-35421<br><br>D.C. No. 3:10-cv-00219-HA<br>District of Oregon,<br>Portland<br><br>ORDER |

  Pursuant to appellant's motion and the terms of the parties' dismissal agreement which is attached thereto, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorney's fees on appeal.

  This order served on the district court shall act as and for the mandate of this court.

                FOR THE COURT


                By: Margaret A. Corrigan
                Circuit Mediator

MAC/Mediation_8-29-12